Mary McNamara (CA Bar No. 147131)
Britt Evangelist (CA Bar No. 260457)
**SWANSON & MCNAMARA LLP**
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010
mary@smllp.law
britt@smllp.law

Jaimie L. Nawaday (*pro hac vice*)
Philip Moustakis (*pro hac vice*)
**SEWARD & KISSEL LLP**
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 574-1220
Facsimile: (212) 480-8421
nawaday@sewkis.com
moustakis@sewkis.com

*Attorneys for Relief Defendant Barbara Woortmann*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>ABRAHAM SHAFI,<br><br>Defendant,<br><br>and<br><br>BARBARA WOORTMANN,<br><br>Relief Defendant. | Case No.: 4:24-cv-04636-YGR<br><br>**RELIEF DEFENDANT BARBARA WOORTMANN'S NOTICE OF MOTION TO DISMISS THE COMPLAINT**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Date: May 20, 2025<br>Time: 2:00 p.m.<br><br>ORAL ARGUMENT REQUESTED |

1

# NOTICE OF MOTION

2 **TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

3       PLEASE TAKE NOTICE THAT on May 20, 2025, at 2:00 p.m., or as soon thereafter as the

4 matter may be heard, in the United States District Court for the Northern District of California,

5 Oakland Federal District Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1, before the

6 Honorable Yvonne Gonzalez Rogers, Relief Defendant Barbara Woortmann will, and hereby does,

7 move this Court to dismiss the Complaint (Dkt. No. 1) filed by Securities and Exchange Commission

8 pursuant to Rules 12(b)(6) and 9(b) of the Federal Rules of Civil Procedure.

10 Dated: March 11, 2025                        Respectfully Submitted,

By:

*/s/ Philip Moustakis*

Jaimie L. Nawaday (*pro hac vice*)
Philip Moustakis (*pro hac vice*)
**SEWARD & KISSEL LLP**
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 574-1604
Facsimile: (212) 480-8421
nawaday@sewkis.com
moustakis@sewkis.com

Mary McNamara (CA Bar No. 147131)
Britt Evangelist (CA Bar No. 260457)
**SWANSON & MCNAMARA LLP**
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010
mary@smllp.law
britt@smllp.law

*Attorneys for Relief Defendant Barbara Woortmann*