Matthew Meyerhofer
Securities and Exchange Commission
Division of Enforcement
44 Montgomery Street
Suite 700
San Francisco, CA 94104
415-705-8137
Email: meyerhoferm@sec.gov

Pat Huddleston
Securities and Exchange Commission
Division of Enforcement
950 East Paces Ferry Road, N.E.
Ste 900
Atlanta, GA 30326
404-842-7616
Email: huddlestonp@sec.gov

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff<br><br>vs.<br><br>ABRAHAM SHAFI,<br><br>Defendant,<br><br>and<br><br>BARBARA WOORTMANN,<br><br>Relief Defendant. | Case No: 4:24-cv-04636-YGR<br><br>Related Case:<br>Case No. 4:23-cv-03834-YGR<br><br>SECURITIES AND EXCHANGE COMMISSION'S RESPONSE TO DEFENSE MOTION TO STAY<br><br>Hon. Yvonne Gonzalez Rogers |

Plaintiff Securities and Exchange Commission ("the Commission" or "SEC") files this response only to state that the representations in the Defendant's motion are correct as to the SEC. In light of the DOJ's request that this case be stayed, the SEC takes no position on the motion.

Respectfully submitted,

Dated:  December 29, 2025

/s/ Pat Huddleston

Matthew Meyerhofer
Securities and Exchange Commission
Division of Enforcement
44 Montgomery Street
Suite 700
San Francisco, CA 94104
415-705-8137
Email: meyerhoferm@sec.gov

Pat Huddleston
Securities and Exchange Commission
Division of Enforcement
950 East Paces Ferry Road, N.E.
Ste 900
Atlanta, GA 30326
404-842-7616
Email: huddlestonp@sec.gov

*Counsel for Plaintiff*

JOINT CASE MANAGEMENT STATEMENT &                    CASE NO. 4:24-CV-04636-YGR
[PROPOSED] ORDER

**CERTIFICATE OF SERVICE**

I, Horace Austin, declare as follows:

I am at least eighteen years of age and not a party to this action. My business address is 44 Montgomery Street, Suite 700, San Francisco, California 94104. My e-mail address is austinh@sec.com.

I hereby certify that on December 29, 2025, I caused a true and correct copy of the foregoing SECURITIES AND EXCHANGE COMMISSION'S RESPONSE TO DEFENSE MOTION TO STAY to be electronically served on all counsel of record through the court's Electronic Filing System at the e-mail addresses listed below:

Jeffrey B. Schenk
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900
jbschenk@jonesday.com

Jaimie L. Nawaday
Philip Moustakis
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 574-1220
Telephone: (212) 480-8421
nawaday@sewkis.com
moustakis@sewkis.com

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Dated: December 29, 2025

/s/ Horace Austin
Horace Austin

JOINT CASE MANAGEMENT STATEMENT &
[PROPOSED] ORDER

CASE NO. 4:24-CV-04636-YGR